

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2021

No. 04-21-00095-CV

**MEAT SUPPLY, LLC,**
Appellant

v.

**510 GOOD LATIMER, LLC,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-11151
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's reply brief was originally due September 7, 2021. We granted appellant's first motion for extension of time, extending the deadline for filing the reply brief until October 7, 2021. On October 6, 2021, appellant filed an opposed motion requesting an additional extension of time to file the reply brief until November 5, 2021, for a total extension of 59 days. After consideration, we **GRANT** appellant's motion and **ORDER** appellant to file its reply brief **by November 5, 2021**.

It is so **ORDERED** on this 12th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court